AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

EDGAR W. JOHNSON,  )
    Plaintiffs,  )
                                                                 )     **JUDGMENT IN A CIVIL CASE**
    v.  )     CASE NO. 5:10-CV-303-F
                                                  )
BAC HOME LOANS SERVICING, LP,  )
BROCK & SCOTT, PLLC, JEREMY B. WILKINS,  )
and LAUREN REEVES,  )
    Defendants.  )

**Decision by Court.**


      **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss the Complaint by defendant BAC Home Loans Servicing, LP and the Motion to Dismiss the Complaint or alternatively, Motion for a More Definite Statement by defendants Brock & Scott, PLLC, Jeremy B. Wilkins and Lauren Reeves are DENIED AS MOOT. The Motion to Dismiss the Amended Complaint filed by defendants Brock & Scott, PLLC, Jeremy B. Wilmins and Lauren Reeves and the Motion to Dismiss the Amended Complaint filed by defendant BAC Home Loans Servicing, LP are ALLOWED. Any other pending motions are DENIED as moot and the Clerk of Court is DIRECTED to close this case.


      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 29, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Sandra J. Polin (via CM/ECF Notice of Electronic Filing)

James R. White (via CM/ECF Notice of Electronic Filing)

John T. Benjamin, Jr. (via CM/ECF Notice of Electronic Filing)

Christopher C. Finan (via CM/ECF Notice of Electronic Filing)

James C. Lanik (via CM/ECF Notice of Electronic Filing)


September 29, 2011                                    DENNIS P. IAVARONE
Date                                                        Clerk of Court

                                                                    /s/ Susan K. Edwards

                                                                    *(By) Deputy Clerk*

Page 1 of 2
Case 5:10-cv-00303-F   Document 50   Filed 09/29/11   Page 1 of 2

*Wilmington, NC*